United States District Court
Northern District of California

1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7   MICHAEL ALAN YOCOM,                      Case No. 21-cv-05228-JST
             Plaintiff,
8
                                             **ORDER OF DISMISSAL**
9        v.
10  JOE BIDEN, et al.,
             Defendants.
11
12
13       On or about June 28, 2021, Plaintiff filed this *pro se* civil rights complaint pursuant to 42
14  U.S.C. § 1983 in the Eastern District of California.  ECF No. 1.  On July 1, 2021, this action was
15  transferred to the Northern District of California.  ECF Nos. 2, 3.  On July 7, 2021, the Clerk of
16  the Court informed Plaintiff that this action was deficient because he had not submitted an *in*
17  *forma pauperis* application or paid the filing fee.  ECF No. 4.  The Court provided Plaintiff with a
18  blank *in forma pauperis* application and a postage-paid return envelope.  ECF No. 4.  Plaintiff was
19  instructed to respond within twenty-eight days of the date of the order.  *Id.*  The deadline has
20  passed, and Plaintiff has not submitted the required documents.  The Court therefore DISMISSES
21  this action without prejudice.  Because this dismissal is without prejudice, Plaintiff may move to
22  reopen the action.  Any such motion must contain either the full filing fee or a complete *in forma*
23  *pauperis* application.
24       **IT IS SO ORDERED.**
25  Dated: October 19, 2021
26                                           
                                             _____
27                                                      JON S. TIGAR
                                                  United States District Judge
28